_X_ FILED          ___ LODGED
___ RECEIVED          ___ COPY

MAR 2 4 2009

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | CR-08-01329-01-PHX-ROS |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CONSENT OF DEFENDANT |
| | ) | |
| Matthew James Zepeda, | ) | ORDER OF REFERRAL |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER OF REFERRAL

Defendant, Matthew James Zepeda, having requested permission to enter a plea of guilty, and having consented to go forward with that plea of guilty before a United States Magistrate Judge, the Court refers the matter to Magistrate Judge Michelle H. Burns, to administer the allocution pursuant to Rule 11, Fed.R.Crim.P., and to make findings as follows:

(A)     Whether defendant (1) is competent to enter a plea; (2) knowingly and voluntarily wishes to enter a plea to the charges(s); (3) understands the charge(s); (4) whether there exists a factual basis for the charge(s); and a recommendation as follows:

(B)     Whether the plea of guilty should be accepted by the District Court.

The Magistrate Judge is requested to use the allocution drafted and used by the Court in taking a guilty plea.

SO ORDERED:

Dated:   2/19/09

Rosyn O. Silver
United States District Judge

## CONSENT OF DEFENDANT

After full consultation with counsel, I voluntarily consent to go forward with my plea of guilty before the United States Magistrate Judge. I consent to the above referral:

X Matthew Zepeda 2 4/09
Defendant/Date

3/24/09
Counsel for Defendant/Date

Sexton 3/24/09
Assistant U. S. Attorney/Date